No. 12–0132/AR.  U.S. v. Kristopher M. Hilou.  CCA 20100770.  Review granted on the following issue:

WHETHER THE SPECIFICATION OF CHARGE II FAILS TO STATE AN OFFENSE AS IT DOES NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, 'THE TERMINAL ELEMENT' AS REQUIRED BY *UNITED STATES v. FOSLER,* 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

Misc. No. 12–8010/AR.  In Re Calvin J. Davenport.  CCA 20081102.  On consideration of the petition for extraordinary relief in the nature of a writ of prohibition and Petitioner's motion to stay the proceedings, it is ordered that said motion to stay the proceedings is hereby denied, and said petition is hereby denied without prejudice to raising the issue in the normal course of appellate review.